IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br>　　Plaintiff, <br><br>v. <br><br>BROOKSHIRE GROCERY COMPANY and MERCATUS USA INC., <br><br>　　Defendants. | § § § § § § § § § § § § § § § § | Case No. 6:23-cv-79-JDK |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.'s notice of voluntary dismissal with prejudice (Docket No. 16). Pursuant to the notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **22nd** day of **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE